USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAKHRAM KHAYDAROV,<br><br>Defendant. | **Order**<br><br>26 Cr. 455 (NRB) |

The Court hereby finds and orders as follows:

WHEREAS, the defendant SHAKHRAM KHAYDAROV was presented before the Honorable Katharine H. Parker on October 22, 2026, and was ordered (a) released on bail with certain conditions but (b) temporarily detained pending surrender of his passport;

WHEREAS, KHAYDAROV is detained at the Metropolitan Detention Center Brooklyn (the "MDC"), under the United States Marshals Service ("USMS") Register Number 02286513;

WHEREAS, KHAYDAROV's family surrendered KHAYDAROV's passport on October 23, 2026, as confirmed by Pretrial Services; and therefore it is

ORDERED that, in order to timely facilitate the defendant's release, the USMS promptly produce KHAYDAROV from the MDC to 500 Pearl Street, New York, New York, and no later than 6:00 p.m. on October 23, 2026; and

ORDERED that a copy of this Order be served by Assistant United States Attorney Kevin Grossinger on the USMS.

Dated: New York, New York
October 23, 2026

Katharine H Parker

HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK